# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUL 16 2015
JULIA C. DUDLEY, CLERK
BY: /s/ F. Clark
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| J. B. Buckner | ) | Case No. 1:15mj124 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2010 to present__ in the county of __Washington__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846 | Conspiracy to possess with intent to distribute methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

W C Duke SA ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/16/15

City and state: Abingdon, VA

_____
Judge's signature

Pamela Meade Sargent
Printed name and title